UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLMGEIR BRYNJOLFSSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE AGENCY LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | No. CV 11-6775 CAS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　　IT IS ORDERED that (1) defendants' motion to dismiss the First Amended Complaint is granted; and (2) judgment be entered dismissing this action with prejudice.

DATED: March 14, 2012

　　　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　United States District Judge