UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLMGEIR BRYNJOLFSSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE AGENCY LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | No. CV 11-6775 CAS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed with prejudice.

DATED: March 14, 2012

　　　　　　　　　　　　　　　　　/s/ Christina A. Snyder
　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　United States District Judge